IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: LARRY & NELLIE BURKS, | : | |
| | : | **Bankruptcy Case Number** |
| Debtors, | : | **19-81264-CRJ-13** |
| | : | |
| LARRY & NELLIE BURKS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Adversary Proceeding No. 19-80031-CRJ** |
| | : | |
| KOHL'S DEPARTMENT STORES, | : | |
| INC., CAPITAL ONE, N.A., and | : | |
| ENHANCED RECOVERY | : | |
| COMPANY, LLC, | : | |
| | : | |
| Defendants, | : | |

## MOTION TO WITHDRAW

**COMES NOW** Kohl's Department Stores, Inc. and Capital One, N.A. ("Defendants") and moves that the appearance of Regan C. Loper ("Loper") as attorney for Defendants be withdrawn. As grounds for this motion Defendants state:

1. At the time Loper appeared for Defendants he was part of a team of attorneys from Burr & Forman LLP ("B&F") representing Defendants in this case.

2. Loper left B&F at the end of business February 14, 2020 and will therefore no longer represent Defendants.

3. Defendants continues to be represented by Derek F. Meek and other attorneys with B&F and by Joel Griswold and Erin Sales of Baker & Hostetler LLP.

**WHEREFORE**, Defendants move that Loper be withdrawn from this case as attorney for Defendants.

/s/ Regan Loper
Derek F. Meek
dmeek@burr.com
James P. Roberts
jroberts@burr.com
Regan Loper
rloper@burr.com
**Burr & Furman LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

and

Joel Griswold
jcgriswold@bakerlaw.com
Erin Sales
esales@bakerlaw.com
**Baker & Hostetler LLP**
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone:     (407) 649-4000
Facsimile:      (407) 841-0168

*Attorneys for Kohl's Department Stores, Inc. and Capital One, N.A.*

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this the 18th day of February 2020:

| | |
|---|---|
| John C. Larsen<br>LARSEN LAW P.C.<br>1733 Winchester Road<br>Huntsville, Alabama 35811<br>john@jlarsenlaw.com | Kevin D. Heard<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue SW<br>Park Plaza Suite 921<br>Huntsville, AL 35801<br>kheard@heardlaw.com |
| Peter G. Crofton<br>Smith, Gambrell & Russell, LLP<br>Suite 3100 Promenade<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>pcrofton@sgrlaw.com | Andrew J. Shaver<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>ashaver@bradley.com |
| Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602<br>ecf@ch13decatur.com<br>michele.hatcher@ch13decatur.com | Jayna P. Lamar<br>Christian A. Pereyda<br>Maynard, Cooper & Gale, P.C.<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL 35203<br>jlamar@maynardcooper.com<br>cpereyda@maynardcooper.com |

/s/ Regan Loper
OF COUNSEL