# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **IN RE: LARRY & NELLIE BURKS,**<br><br>  Debtors. | Bankruptcy Case No. 19-81264-CRJ13 |
| **LARRY BURKS AND NELLIE BURKS,**<br><br>  Plaintiffs,<br><br>v.<br><br>**KOHL'S DEPARTMENT STORES, INC.** and **CAPITAL ONE, N.A.,**<br><br>  Defendants. | Adversary Proceeding No. 19-80031-CRJ |
| **KOHL'S DEPARTMENT STORES, INC.**<br><br>  Third-Party Plaintiff,<br><br>v.<br><br>**CREDIT INFONET, INC. D/B/A CIN LEGAL DATA SERVICES,**<br><br>  Third-Party Defendant. | |

## DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY
## FOR HEARING ON MARCH 9, 2020 AT 2:00 P.M.

**COMES NOW** Kohl's Department Stores, Inc. and Capital One, N.A. (the "Defendants"), by and through undersigned counsel and hereby files this *Defendants' Motion to Appear Telephonically for Hearing on March 9, 2020 at 2:00 P.M.*, and as grounds therefore would state:

1. The parties have a hearing scheduled with the Court for March 9, 2020 at 2:00 P.M. (the "Hearing").

2. For the sake of litigation efficiency and economy, Joel Griswold ("Defendants' Counsel") desires and respectfully requests to appear telephonically at the Hearing.

3. To the best of Defendants' Counsel's knowledge and belief, the issues in the case to be discussed at the Hearing do not require Defendants' Counsel's personal appearance at the Hearing.

4. If granted, Joel Griswold, on behalf of the Defendants shall be available via Court Call at the aforementioned date and time. Additionally, James P. Roberts of Burr & Forman LLP ("Defendants' Local Counsel") will be in attendance at the Hearing.

**WHEREFORE**, Defendants respectfully request that this motion be GRANTED, permitting Defendants' Counsel to appear telephonically for the above scheduled hearing and any and all other relief this Honorable Court deems just and proper.

/s/ James P. Roberts
James P. Roberts
jroberts@burr.com
Derek F. Meek
dmeek@burr.com
**Burr & Forman LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

and

Joel Griswold
jcgriswold@bakerlaw.com
Erin Sales
esales@bakerlaw.com
**Baker & Hostetler LLP**
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

*Attorneys for Kohl's Department Stores, Inc. and Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this the 25th day of February 2020:

John C. Larsen
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, Alabama 35811
john@jlarsenlaw.com

Peter G. Crofton
Smith, Gambrell & Russell, LLP
Suite 3100 Promenade
1230 Peachtree Street, N.E.
Atlanta, GA 30309
pcrofton@sgrlaw.com

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
ecf@ch13decatur.com
michele.hatcher@ch13decatur.com

Kevin D. Heard
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801
kheard@heardlaw.com

Andrew J. Shaver
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
ashaver@bradley.com

Jayna P. Lamar
Christian A. Pereyda
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
jlamar@maynardcooper.com
cpereyda@maynardcooper.com

/s/ James P. Roberts
OF COUNSEL

43049318 v1

3